UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANTHONY JAMES LONDO | CASE NO. 6:24-CV-01691 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| RYAN ARMENTOR, ET AL | MAGISTRATE JUDGE AYO |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED in chambers this 8th day of September, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE